## PAUL R. BURKENTINE

*vs.*

## STATE OF MARYLAND.

*Bastardy: privilege of prosecuting witness in not answering questions.*

The privilege of the prosecuting witness in bastardy proceedings of not answering questions is personal to her, and not to the traverser.

*Decided December 13th, 1918.*

Appeal from the Circuit Court for Harford County. (HARLAN, J.)

The cause was argued before BOYD, C. J., BURKE, THOMAS, PATTISON, URNER, STOCKBRIDGE and CONSTABLE, JJ.

The cause was argued by *Harry S. Carver,* for the appellant.

*Philip B. Perlman, Assistant to the Attorney-General,* and *Albert C. Ritchie, the Attorney-General,* for the appellee.

The judgment of the lower Court was affirmed in an opinion by STOCKBRIDGE, J.